## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 07-0748 |
| | : | Hon. Faith S. Hochberg, U.S.D.J. |
| v. | : | |
| | : | **ORDER** |
| EDWIN GONZALEZ | : | |
| Defendant. | : | April 1, 2008 |

**IT IS** on this 1st day of April, 2008

**ORDERED** that counsel shall **JOINTLY** submit two copies of the following, in two separate binders with a table of contents for each, to the Court no later than **May 9, 2008**:

(1) a neutral statement of the case to be read to the jury pool; and

(2) either an agreement that the indictment may be read to the selected jurors, or an agreed-upon summary of the indictment that may be read to the selected jurors; and

(3) suggested jury instructions and verdict sheet; these documents shall be submitted in the multi-column format discussed at the status conference on **April 1, 2008**; and it is further

**ORDERED** that any in limine motions shall be filed with this Court no later than **May 5, 2008**, and that responses to such motions shall be filed no later than **May 12, 2008**; and it is further

**ORDERED** that this Court's Order of Discovery and Inspection, dated October 2, 2007, remains in effect and that all deadlines not superceded by the contents of this order continue to stand; and it is further

**ORDERED** that a copy of all of the required submissions of the parties (with the exception of the exhibits) shall be emailed in WordPerfect format to the Court's deputy clerk, Larry MacStravic, at

larry_macstravic@njd.uscourts.gov; and it is further

**ORDERED** that the parities shall appear before the undersigned for a hearing on the omnibus motion on **Wednesday, April 23, 2008 at 1 p.m.**; and it is finally

**ORDERED** that jury selection and trial shall commence on **Tuesday, May 20, 2008 at 10 a.m.**

/s/ Faith S. Hochberg
**Hon. Faith S. Hochberg, U.S.D.J.**