NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Faith S. Hochberg |
| v. | : Criminal No. 07-748 (FSH) |
|  | : **ORDER** |
| EDWIN GONZALEZ, |  |
|  | : Date: May 20, 2008 |
| Defendant. |  |

**HOCHBERG, District Judge:**

This matter coming before the Court upon the government's May 18, 2008 Motion to Compel Major Case Prints;

**IT IS** on this 20th day of May 2008,

**ORDERED** that the defendant shall file an opposition brief no later than **Friday, May 23, 2008 at 9 a.m.**; and it is further

**ORDERED** that the government may respond in a reply brief no later than **Friday, May 23, 2008 at 2 p.m.**

/s/ Faith S. Hochberg
**Hon. Faith S. Hochberg, U.S.D.J.**