NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Faith S. Hochberg |
| v. | Criminal No. 07-748 (FSH) |
| EDWIN GONZALEZ, | **ORDER** |
| Defendant. | Date: May 27, 2008 |

**HOCHBERG, District Judge:**

This matter coming before the Court upon defendant's omnibus motion (DKT#34);

**IT IS** on this 27th day of May 2008,

**ORDERED** that defendant's motion to suppress his post-arrest statement is

**DENIED** as moot for the reasons stated on the record on May 27, 2008.

/s/ Faith S. Hochberg
**Hon. Faith S. Hochberg, U.S.D.J.**