NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Faith S. Hochberg |
| v. | Criminal No. 07-748 (FSH) |
| EDWIN GONZALEZ, | **ORDER** |
| Defendant. | Date: May 28, 2008 |

**HOCHBERG, District Judge:**

This matter coming before the Court upon the government's May 18, 2008 Motion to Compel Major Case Prints and the government's submission of an additional letter brief on prejudice in accordance with the Court's May 27, 2008 order from the bench;

**IT IS** on this 28th day of May 2008,

**ORDERED** that if the defendant wishes to respond to the government's May 27, 2008 submission, he may do so not later than **Friday, May 30, 2008 at noon**.

/s/ Faith S. Hochberg
**Hon. Faith S. Hochberg, U.S.D.J.**