# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Action No. 07-748(FSH) |
| v. ) | **ORDER** |
| EDWIN GONZALEZ, ) | June 11, 2009 |
| Defendant. ) | |

**HOCHBERG, District Judge:**

This matter having been raised by Mr. Gonzalez seeking to proceed with his appeal (Third Circuit No. 09-1207) without prepayment of fees; and this Court having reviewed his application,

**IT IS THEREFORE** on this 11th day of June, 2009,

**ORDERED** that Mr. Gonzalez's application to proceed *in forma pauperis* is **GRANTED**.

/s/ Faith S. Hochberg
Hon. Faith S. Hochberg, U.S.D.J.