UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 07-748 (FSH) |
| v. | |
| EDWIN GONZALEZ. | **ORDER** |
| Defendant. | |

This matter having come before the Court upon Defendant's Pro Se Motion for the return of $12,000.00 bail money [docket # 90]; and

it appearing that an unsecured appearance bond with co-signors was entered on July 17, 2006 by Magistrate Judge Arleo; and

it appearing that no cash was posted nor required to be posted at the time of the Bail Hearing; and

it appearing that the Government has notified the Court of the Defendant's satisfaction of bail and that bond has been cancelled as of September 15, 2010;

**IT IS** on this 22nd day of October, 2010,

**ORDERED** that the Defendant's motion is **DENIED**.

        s/ Faith S. Hochberg
United States District Judge